# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0799

_____

Thomas Andrew Gartner,

Appellant,

v.

State of Florida,

Appellee.

_____


On appeal from the Circuit Court for Bay County.
Timothy A. Register, Judge.


April 10, 2026

Per Curiam.

Affirmed.

Ray, Winokur, and Treadwell, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Lori A. Willner, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.